UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JET SUPPORT SERVICES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:21-cv-5983 |
| v. ) | |
| ) | Removed from Circuit Court of Cook County |
| FLOW LINE TRANSPORTATION, LLC, ) | Case No.: 2021 L 009123 |
| ) | |
| Defendant. ) | |

## FLOW LINE TRANSPORTATION, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIM

NOW COMES the Defendant, FLOW LINE TRANSPORTATION, LLC ("Flow Line"), by and through its attorneys, Daniel R. Formeller and Jennifer L. Smith of Tressler LLP, and for its Answer to Plaintiff, Jet Support Services, Inc.'s ("Plaintiff") Complaint, states as follows:

1. Plaintiff is a duly licensed Delaware corporation licensed to do business in Illinois.

**ANSWER:** Flow Line admits the allegations in Paragraph 1.

2. Defendant is a duly licensed Louisiana limited liability company with a last known address located in New Orleans, Louisiana.

**ANSWER:** Flow Line admits the allegations in Paragraph 2.

3. On or about September 27, 2016 Defendant entered into a Maintenance Program Contract for Parts-Only ("Agreement") for a helicopter more fully described as a Sikorsky/S76C+ with Plaintiff. A true and correct copy of the Agreement is attached hereto and incorporated herein as "Exhibit A".

**ANSWER:** Jet Support alleges that Flow Line entered into the referenced contract. Flow Line denies that a complete copy of said contract is attached as Exhibit A to the Plaintiff's Complaint. Flow Line also notes that while a signature of Craig Sanders appears on that agreement, Flow Line denies that it is an enforceable agreement against it.

4. Incorporated within the Agreement was a clause whereby if either party was in breach of the Agreement the exclusive jurisdiction and venue of any action taken pursuant to the breach shall be in Cook County, Illinois. See Paragraph 5. 10 of Exhibit A.

**ANSWER:** Flow Lines admits that the stated Agreement contains a provision entitled "Forum Choice and Venue," located in Paragraph 5.10.

5. Plaintiff submits that subsequent to the execution of the Agreement a maintenance program was established for Defendant.

**ANSWER:** Flow Line denies the allegations in Paragraph 5.

6. Defendant is in breach of the Agreement by failing to pay the amounts due and owing Plaintiff under the Agreement in the sum of $220,549.83. A true and correct copy of the Statement(s) are attached hereto and incorporated herein as "Exhibit B".

**ANSWER:** Flow Line denies the allegations in Paragraph 6.

7. Plaintiff submits that incorporated within the Agreement is a clause whereby the prevailing party may recover its reasonable attorneys' fees.

**ANSWER:** Flow Line admits that the stated Agreement contains a provision entitled, "Litigation Expenses," located in Paragraph 4.10, but denies that the Plaintiff is entitled to attorneys' fees.

8. Plaintiff further submits that it has abided by all conditions precedent to the Agreement.

**ANSWER:** Flow Line denies the allegations in Paragraph 8.

WHEREFORE, Flow Line Transportation, LLC, respectfully requests that this Honorable Court enter an order dismissing the Plaintiff's Complaint and for any such relief that this Court deems just and appropriate.

**AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, Flow Line Transportation, LLC ("Flow Line"), by and through its attorneys, Daniel R. Formeller and Jennifer L. Smith of Tressler LLP, and pleading in the

alternative and without prejudice to its other pleadings, states the following as its Affirmative Defenses to the Plaintiff, Jet Support Services, Inc.'s ("Jet Support"), Complaint:

1. Jet Support's Complaint is barred, in whole or in part, to the extent it fails to state a claim upon which relief can be granted.

2. Jet Support's Complaint is barred, in whole or in part, to the extent waiver, estoppel, quasi-estoppel, failure to perform, lack of consideration, mutual mistake, and/or unclean hands apply.

3. Flow Line reserves the right to adopt, add, amend, or modify additional affirmative defenses.

WHEREFORE, Defendant Flow Line Transportation, LLC respectfully requests that the Plaintiff, Jet Support Services, Inc.'s, Complaint be dismissed and that judgment be granted in its favor and against Jet Support Services, Inc., together with costs and such other relief as the Court deems just and proper.

## FLOW LINE TRANSPORTATION, LLC'S COUNTERCLAIM

NOW COMES the Defendant/Counter-Plaintiff, Flow Line Transportation, LLC ("Flow Line"), through its attorneys Daniel R. Formeller and Jennifer L. Smith of Tressler LLP, and for its Counterclaim against Jet Support Services, Inc. (hereinafter referred to as "Plaintiff/Counter-Defendant" or "Jet Support"), states as follows:

1. Upon information and belief, Jet Support held a Maintenance Program Contract for Parts-Only on the Sikorsky/S76C+ helicopter ("subject helicopter") before it was acquired by Flow Line in 2018.

2. As part of the acquisition of the subject helicopter, Jet Support made it appear

that Flow Line would need to continue Jet Support's services as it related to the helicopter.

3. Jet Support alleges that Flow Line entered into an Airframe Parts-Only Maintenance Program Contract with Jet Support on or about September 27, 2018 for the subject helicopter ("Agreement").

4. The Agreement is not enforceable as to Flow Line.

5. Pleading in the alternative, and without waiving any rights Flow Line may have to contest the validity and enforceability of the Agreement, Flow Line pleads as follows.

6. At the time Flow Line acquired the subject helicopter there was a $250,000 credit with Jet Support for future work on the subject helicopter.

7. Jet Support failed to perform any services on the subject helicopter.

8. Despite having a credit and failing to perform any services, Jet Support continued to charge Flow Line fees.

9. During this time, Flow Line incurred substantial costs with other entities for the repair, maintenance, parts and labor for the subject helicopter.

10. Jet Support should not have charged Flow Line for services it did not perform, and for which Flow Line should have received a credit, until the aforementioned credit was exhausted.

11. Under the Agreement Jet Support seeks to enforce, Flow Line is entitled to receive its reasonable litigation expenses, including attorneys' fees, in connection with this suit.

WHEREFORE, Defendant/Counter-Plaintiff Flow Line Transportation, LLC respectfully requests that judgment be rendered in its favor and against the Plaintiff/Counter-Defendant Jet Support Services, Inc. for expenses and fees in connection with this suit, including attorneys'

fees, and for any other relief that this Honorable Court deems just and proper.

Dated this 7th day of December, 2021.


                                              Respectfully submitted,

                                              Flow Line Transportation, LLC


                                        By:      */s/ Daniel R. Formeller*
                                                       One of Its Attorneys


Attorneys for Flow Line Transportation, LLC
Daniel R. Formeller
Jennifer L. Smith
Tressler LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Tel: 312-627-4000
dformeller@tresslerllp.com
jsmith@tresslerllp.com

4896-0601-5492, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2021, a copy of the foregoing Flow Line Transportation, LLC's Answer and Affirmative Defenses to Plaintiff's Complaint and Counterclaim was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. In addition, this filing will be e-mailed to Plaintiff's counsel.

Dated this 7th day of December, 2021.

                                        TRESSLER LLP

                                        By: */s/ Daniel R. Formeller*
                                        Attorney for Flow Line Transportation, LLC

Attorneys for the Defendant, Flow Line Transportation, LLC
Daniel R. Formeller
Jennifer L. Smith
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
dformeller@tresslerllp.com
jsmith@tresslerllp.com