**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JET SUPPORT SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-5983 |
| | ) | |
| v. | ) | |
| | ) | Removed from Circuit Court of Cook County |
| FLOW LINE TRANSPORTATION, LLC | ) | Case No.: 2021 L 009123 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Plaintiff, Jet Support Services, Inc., by and through its attorneys, John Pucin of the Law Offices of Pucin & Friedland, P.C., and Defendant, Flow Line Transportation, LLC, by and through its attorneys, Daniel R. Formeller and Jennifer L. Smith of Tressler LLP, have conferred and hereby submit the following as their Joint Status Report per the Court's Minute Order entered on June 5, 2025 (DE 71):

1. This is an action for alleged breach of contract. Plaintiff alleges that the parties entered into a Maintenance Program Contract for Parts-Only for a Sikorsky/S76C+ helicopter that was owned by the Defendant, and that the Defendant allegedly breached that contract when it failed to make certain payments thereunder.

2. Through its Counterclaim, Defendant alleges that the referenced contract is not enforceable. Pleading in the alternative, the Defendant alleges that Jet Support never performed under the referenced contract and that it failed to provide the Defendant with certain credit that it was entitled to.

3. Following a Joint Motion to Extend the Discovery Schedule, this Honorable Court issued an amended discovery schedule on August 26, 2022. (DE 28).

4. The parties have continually worked together cooperatively to resolve this matter, which has been documented in the parties' prior Joint Status Reports.

5. In a recent joint status report (DE 43), the parties reported the chapter 11 bankruptcy filing of Cox Operating, L.L.C., who shares its sole member, Phoenix Petro Services LLC, with the Defendant, Flow Line.[1]

6. The current status of the bankruptcy action is as follows:

   a. In February 2024, the bankruptcy action was converted from a chapter 11 bankruptcy to a chapter 7 bankruptcy, requiring the appointment of a liquidating trustee, who will replace the debtor-in-possession in all decision-making authority.

   b. The contested election of the permanent chapter 7 Trustee has now been resolved. On May 6, 2024, the Bankruptcy Court entered an Agreed Order confirming that Michael D. Warner shall be the permanent chapter 7 Trustee. On May 8, 2024, Trustee Warner gave notice of his bond and acceptance of his election as Trustee.

   c. The Trustee has not yet provided Defendant with any guidance on this lawsuit, or how Flow Line or its assets may be impacted by the bankruptcy proceeding. Defendant's counsel are actively working with the Trustee's

---

[1] Phoenix Petro Services LLC is the sole member of Flow Line Transportation, LLC. (See Affidavit of Brad E. Cox, DE 1-3). Phoenix Petro Services LLC is the sole member of the bankruptcy debtor, Cox Operating, L.L.C., and its 100% equity security holder. (DE 43, pgs. 9, 18).

2

counsel, who have informed Defendant's counsel that they are addressing more than $200 million in post-petition claims and are currently focused on the most significant of them.

d. The bankruptcy proceedings are currently focused on the disposition and management of the assets that have been sold from the Debtors' estate, consisting of numerous offshore oil and gas producing blocks in the Gulf of Mexico. In recent months, the Liquidating Trustee, the United States and other interested parties have been focused on three developments: (1) the sale of certain assets of the bankruptcy estate, (2) the bonding, royalties and regulatory requirements arising from those sales, and (3) the Liquidating Trustee's motion to abandon certain assets it claimed was burdening the bankruptcy estate. The interested parties, including the Liquidating Trustee and the United States, entered into a global settlement of those issues in March of 2025. In the near term, the bankruptcy proceedings have prioritized the implementation of the settlement, which is now almost complete.

e. Separately, the Liquidating Trustee has been focused primarily on actions that are intended to bring additional assets into the estate, such as pursuing preference actions and initiating lawsuits aimed at the Debtors' insurance policies.

f. It is anticipated that the Liquidating Trustee will be able to focus on the winding up of the estate, including the issues presented by the instant action, once those issues have been resolved.

7. Given the bankruptcy, Flow Line, through its sole member, is not in a financial position to make a settlement offer to Jet Support.

8. Flow Line's assets are limited to one or more helicopter(s), and related parts.

9. Flow Line has not been able to sell its assets.

10. If and when Flow Line is able to sell its assets, it intends to make a settlement offer to Jet Support to resolve this action.

11. Flow Line requests that this Honorable Court set this matter over another 60 days to provide time for the sale of Flow Line's assets and potential resolution of this matter.

Dated: August 5, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *John S. Pucin* | */s/ Jennifer L. Smith* |
| **Attorneys for the Plaintiff, Jet Support Services, Inc.** | **Attorneys for the Defendant, Flow Line Transportation, LLC** |
| John S. Pucin (Lead Trial Attorney) | Daniel R. Formeller (Lead Trial Attorney) |
| Law Offices of Pucin & Friedland, P.C. | Jennifer L. Smith |
| 935 National Parkway, Suite 40 | Tressler LLP |
| Schaumburg, IL 60173 | 233 South Wacker Drive, 61st Floor |
| (847) 407-2669 | Chicago, IL 60606 |
| jpucin@pfpclaw.com | (312) 627-4000 |
| | dformeller@tresslerllp.com |
| | jsmith@tresslerllp.com |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, a copy of the foregoing, Joint Status Report, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's em/ecf system.

Respectfully submitted,

Flow Line Transportation, LLC

By: */s/ Jennifer L. Smith*
One of Its Attorneys

Daniel R. Formeller/dformeller@tresslerllp.com
Jennifer L. Smith/jsmith@tresslerllp.com
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 627-4000